JAMES R. WILLIAMS, County Counsel (S.B. #271253)
DOUGLAS M. PRESS, Assistant County Counsel (S.B. #168740)
KIM H. HARA, Deputy County Counsel (S.B. #258763)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José. California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San José Division)

| | |
|---|---|
| DYLAN CAMARLINGHI, <br><br> Plaintiff, <br><br> v. <br><br> SANTA CLARA COUNTY, et al., <br><br> Defendants. | No. 21-cv-03020-EJD <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Dylan Camarlinghi and Defendant County of Santa Clara, by and through their respective counsel, hereby stipulate to extend the time for the County to respond to Plaintiff's complaint and to continue the Initial Case Management Conference currently scheduled for August 12, 2021 at 10:00 AM. The parties state as follows:

1. On April 26, 2021, Plaintiff filed this civil rights action against the County alleging constitutional violations resulting from his incarceration in the County jail. (Dkt. No. 1.)

2. On May 25, 2021, the parties stipulated to an extension of time for the County to answer or otherwise respond to the complaint, making the County's responsive pleading deadline June 25, 2021. (Dkt. No. 18.)

3. Counsel for the parties have met and conferred and agreed to an additional 30-day extension of time for the County to answer or otherwise respond to the complaint, thereby making the new responsive pleading deadline July 26, 2021.

4.  Good cause exists to extend the deadline for the County to answer or otherwise respond to the complaint as the County needs additional time to investigate the underlying circumstances involved in the case in order to prepare an answer or otherwise respond to the complaint.  The parties also plan to engage in discussions to reach an early resolution to the case.

5.  Based on the new responsive pleading deadline, the parties request that the Initial Case Management Conference be reset to a later date.  After checking the Court's availability and meeting and conferring on a mutually agreeable date, the parties hereby request that the Court reset the Initial Case Management Conference currently scheduled for August 12, 2021 at 10:00 AM to a new date of September 23, 2021 at 10:00 AM.

**IT IS SO STIPULATED.**

Respectfully submitted,

JAMES R. WILLIAMS
COUNTY COUNSEL

Dated:  June 22, 2021                By:  /S/ *Kim H. Hara*
                                         KIM H. HARA
                                         Deputy County Counsel

                                         Attorneys for Defendant
                                         COUNTY OF SANTA CLARA

Dated:  June 22, 2021                By:  /S/ *Akeeb Dami Animashaun*
                                         AKEEB DAMI ANIMASHAUN
                                         LUCY BRIERLY BANSAL
                                         CRAIG L. BRISKIN
                                         RACHEL LEDERMAN

                                         Attorneys for Plaintiff
                                         DYLAN CAMARLINGHI

**ECF ATTESTATION**

In accordance with Civil Local Rule 5(i)(3), I, Kim H. Hara, attest that I have obtained concurrence in the filing of this document from the signatories listed above.

Dated:  June 22, 2021                By:  /S/ *Kim H. Hara*
                                         KIM H. HARA

2

Stipulation to Extend Time to Respond to Plaintiff's Complaint and                    21-cv-03020-EJD
Continue Case Management Conference; [Proposed] Order

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  Defendant is to answer or otherwise respond to Plaintiff's complaint by July 26, 2021.  The Initial Case Management Conference previously set for August 12, 2021 at 10:00 AM shall be reset to September 23, 2021 at 10:00 AM.

Dated: _____                     _____
                                                            EDWARD J. DAVILA
                                                            United States District Judge

2432006