JAMES R. WILLIAMS, County Counsel (S.B. #271253)
DOUGLAS M. PRESS, Assistant County Counsel (S.B. #168740)
KIM H. HARA, Deputy County Counsel (S.B. #258763)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San José Division)

| | |
|---|---|
| DYLAN CAMARLINGHI, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY; DOES 1-25,<br><br>Defendants. | No. 21-cv-03020-EJD<br><br>**DECLARATION OF KIM H. HARA IN SUPPORT OF STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND CONTINUE CASE MANAGEMENT CONFERENCE** |

I, Kim H. Hara, declare:

1. I am an attorney licensed to practice before the Northern District of California and all courts in the State of California. I am a Deputy County Counsel with the Office of the County Counsel, County of Santa Clara, attorneys of record for Defendant County of Santa Clara.

2. I make this declaration in support of the Stipulation to Extend Time to Respond to Plaintiff's Complaint and Continue Case Management Conference. The information contained in this declaration is true of my own personal knowledge, unless stated otherwise, and if called upon to do so, I could and would competently testify thereto.

3. On April 26, 2021, Plaintiff filed this civil rights action against the County alleging constitutional violations resulting from his incarceration in the County jail. (Dkt. No. 1.)

///

1

Declaration of Kim H. Hara ISO Stipulation to Extend Time to
Respond to Complaint and Continue Case Management Conference
21-cv-03020-EJD

4. On May 4, 2021, Plaintiff served his complaint on the County, thereby making the County's deadline to answer or otherwise respond to the complaint due May 25, 2021.

5. On May 25, 2021, the parties stipulated to an extension of time for the County to answer or otherwise respond to the complaint, making the County's responsive pleading deadline June 25, 2021.  (Dkt. No. 18.)

6. Counsel for the parties have met and conferred and agreed to an additional 30-day extension of time for the County to answer or otherwise respond to the complaint, thereby making the new responsive pleading deadline July 26, 2021.

7. Good cause exists to extend the deadline for the County to answer or otherwise respond to the complaint as the County needs additional time to investigate the underlying circumstances involved in the case in order to prepare an answer or otherwise respond to the complaint.  The parties also plan to engage in discussions to reach an early resolution to the case.

8. Based on the new responsive pleading deadline, the parties request that the Initial Case Management Conference be reset to a later date.  After checking the Court's availability and meeting and conferring on a mutually agreeable date, the parties hereby request that the Court reset the Initial Case Management Conference currently scheduled for August 12, 2021 at 10:00 AM to a new date of September 23, 2021 at 10:00 AM.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on this 22nd day of June, 2021, at San José, California.

 /s/ Kim H. Hara
KIM H. HARA

2432002

2

Declaration of Kim H. Hara ISO Stipulation to Extend Time to Respond to Complaint and Continue Case Management Conference

21-cv-03020-EJD