1  JAMES R. WILLIAMS, County Counsel (S.B. #271253)
   DOUGLAS M. PRESS, Assistant County Counsel (S.B. #168740)
2  KIM H. HARA, Deputy County Counsel (S.B. #258763)
   OFFICE OF THE COUNTY COUNSEL
3  70 West Hedding Street, East Wing, Ninth Floor
   San José. California 95110-1770
4  Telephone: (408) 299-5900
   Facsimile: (408) 292-7240
5
   Attorneys for Defendant
6  COUNTY OF SANTA CLARA

7

8                    UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                        (San José Division)

10

11  DYLAN CAMARLINGHI,                    No. 21-cv-03020-EJD

12            Plaintiff,                  **STIPULATION TO EXTEND TIME TO**
                                          **RESPOND TO PLAINTIFF'S COMPLAINT**
13  v.                                    **AND CONTINUE CASE MANAGEMENT**
                                          **CONFERENCE; [PROPOSED] ORDER**
14  SANTA CLARA COUNTY, et al.,

15            Defendants.

16

17          Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Dylan Camarlinghi and Defendant

18  County of Santa Clara, by and through their respective counsel, hereby stipulate to extend the time

19  for the County to respond to Plaintiff's complaint and to continue the Initial Case Management

20  Conference currently scheduled for August 12, 2021 at 10:00 AM.  The parties state as follows:

21          1.      On April 26, 2021, Plaintiff filed this civil rights action against the County alleging

22  constitutional violations resulting from his incarceration in the County jail.  (Dkt. No. 1.)

23          2.      On May 25, 2021, the parties stipulated to an extension of time for the County to

24  answer or otherwise respond to the complaint, making the County's responsive pleading deadline

25  June 25, 2021.  (Dkt. No. 18.)

26          3.      Counsel for the parties have met and conferred and agreed to an additional 30-day

27  extension of time for the County to answer or otherwise respond to the complaint, thereby making

28  the new responsive pleading deadline July 26, 2021.

4.     Good cause exists to extend the deadline for the County to answer or otherwise respond to the complaint as the County needs additional time to investigate the underlying circumstances involved in the case in order to prepare an answer or otherwise respond to the complaint.  The parties also plan to engage in discussions to reach an early resolution to the case.

5.     Based on the new responsive pleading deadline, the parties request that the Initial Case Management Conference be reset to a later date.  After checking the Court's availability and meeting and conferring on a mutually agreeable date, the parties hereby request that the Court reset the Initial Case Management Conference currently scheduled for August 12, 2021 at 10:00 AM to a new date of September 23, 2021 at 10:00 AM.

**IT IS SO STIPULATED.**

Respectfully submitted,

JAMES R. WILLIAMS
COUNTY COUNSEL

Dated:  June 22, 2021                    By:  */S/ Kim H. Hara*
                                        KIM H. HARA
                                        Deputy County Counsel

                                        Attorneys for Defendant
                                        COUNTY OF SANTA CLARA

Dated:  June 22, 2021                    By:  */S/ Akeeb Dami Animashaun*
                                        AKEEB DAMI ANIMASHAUN
                                        LUCY BRIERLY BANSAL
                                        CRAIG L. BRISKIN
                                        RACHEL LEDERMAN

                                        Attorneys for Plaintiff
                                        DYLAN CAMARLINGHI

**ECF ATTESTATION**

In accordance with Civil Local Rule 5(i)(3), I, Kim H. Hara, attest that I have obtained concurrence in the filing of this document from the signatories listed above.

Dated:  June 22, 2021                    By:  */S/ Kim H. Hara*
                                        KIM H. HARA

Stipulation to Extend Time to Respond to Plaintiff's Complaint and
Continue Case Management Conference; [Proposed] Order

21-cv-03020-EJD

1

**[PROPOSED] ORDER**

2          PURSUANT TO STIPULATION, IT IS SO ORDERED.  Defendant is to answer or

3   otherwise respond to Plaintiff's complaint by July 26, 2021.  The Initial Case Management

4   Conference previously set for August 12, 2021 at 10:00 AM shall be reset to September 23, 2021 at

5   10:00 AM.    The parties' joint cmc statement is due September 13, 2021.

6

7   Dated: _____June 22, 2021_____                 _____

8                                                       EDWARD J. DAVILA
                                                        United States District Judge
9

10

11   2432006

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                    3